**Order entered December 15, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00857-CV

**RECLAIM CONSTRUCTION, LLC, Appellant**

**V.**

**FRANCISCO JAVIER LOPEZ AND TOMAS LOBO, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-04975**

## ORDER

Before the Court is appellant's December 11, 2020 unopposed motion to extend time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 21, 2020.

/s/    ERIN A. NOWELL
         JUSTICE